IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

APR 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARCUS FORTHUBER and | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-81 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY and KENT COMMONS | § | "JURY" |

### DESIGNATION OF REY ORTIZ AS ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THIS COURT:

1. Plaintiffs, Marcus Forthuber and Lisa Cofoid, designate REY ORTIZ as attorney-in-charge, pursuant to Local Rule 2.

2. Rey Ortiz will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

3. Notice of this designation has been provided to all other parties, pursuant to Federal Rule of Civil Procedure 5(d).

Respectfully submitted,

**Law Office of Reynaldo Ortiz, P.C.**
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

_____
REYNALDO ORTIZ
State Bar No. 15324275
GINA KARAM MILLIN
State Bar No. 24011072
JOHN A. MILLIN IV
State Bar No. 24005166

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail to all counsel of record on the 23rd day of April, 2002, as follows:

Beth M. Taylor
Taylor & Taylor
815 Walker Street, Suite 250
Houston, Texas 77002-6707

David Wilson
Hays, McConn, Rice & Pickering, P.C.
1200 Smith Street, Suite 400
Houston, Texas 77002

JOHN A. MILLIN IV