IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER and | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-81 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY and KENT COMMONS | § | "JURY" |

### PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiffs Marcus Forthuber and Lisa Cofoid assert their rights under the Seventh Amendment to the U.S. Constitution and demand a trail by jury on all issues, in accordance with Federal Rule of Civil Procedure 38.

Respectfully submitted,

**Law Office of Reynaldo Ortiz, P.C.**
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

_____
REYNALDO ORTIZ
State Bar No. 05324275
GINA KARAM MILLIN
State Bar No. 24011072
JOHN A. MILLIN IV
State Bar No. 24005166
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail and facsimile to all counsel of record on the 23rd day of April, 2002, as follows:

Beth M. Taylor
Taylor & Taylor
815 Walker Street, Suite 250
Houston, Texas 77002-6707

David Wilson
Hays, McConn, Rice & Pickering, P.C.
1200 Smith Street, Suite 400
Houston, Texas 77002

_____
JOHN A. MILLIN IV