IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER and | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-81 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY and KENT COMMONS | § | "JURY" |

United States District Court
Southern District of Texas
FILED

APR 2 5 2002

Michael N. Milby
Clerk of Court

## NOTICE OF ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF THIS COURT:

PLAINTIFFS, Marcus Forthuber and Lisa Cofoid, file this, their list of entities that are financially interested in this litigation:

1. Plaintiffs:

    Marcus Forthuber
    Lisa Cofoid

2. Plaintiffs' Attorneys:

    Mr. Reynaldo Ortiz
    Mrs. Gina Karam Millin
    Mr. John A. Millin IV
    Law Office of Reynaldo Ortiz, P.C.
    1109 West Nolana, Suite 204
    McAllen, Texas 78504

3. Defendants:

    ACE American Insurance Company
    Kent Commons

4. Attorney for Defendant ACE American Insurance Company:

    Beth M. Taylor
    Taylor & Taylor

815 Walker Street, Suite 250
Houston, Texas 77002-6707

5. Attorney for Kent Commons:

David Wilson
Hays, McConn, Rice & Pickering, P.C.
1200 Smith Street, Suite 400
Houston, Texas 77002

Respectfully submitted,

**Law Office of Reynaldo Ortiz, P.C.**
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

_____
REYNALDO ORTIZ
State Bar No. 15324275
GINA KARAM MILLIN
State Bar No. 24011072
JOHN A. MILLIN IV
State Bar No. 24005166
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail and facsimile to all counsel of record on the 23rd day of April, 2002, as follows:

Beth M. Taylor
Taylor & Taylor
815 Walker Street, Suite 250
Houston, Texas 77002-6707

David Wilson
Hays, McConn, Rice & Pickering, P.C.
1200 Smith Street, Suite 400
Houston, Texas 77002

JOHN A. MILLIN IV