IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER AND LISA COFOID | § § § § § § § | |
| | | C.A. NO. B-02-081 |
| ACE AMERICAN INSURANCE COMPANY AND KENT COMMONS | | JURY DEMANDED |

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

### CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's Order entered upon filing of the petition for removal of this action.

On May 13, 2002, I served copies of the Order for Conference and Court Procedures on all other parties.

Respectfully submitted,

By: *Beth M. Taylor*

OF COUNSEL:

TAYLOR & TAYLOR

Beth M. Taylor
State Bar No. 13336787
Federal I.D. No. 14601
Amber Dunten
State Bar No. 24010004
815 Walker Street, Suite 250
Houston, Texas 77002-6707
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

ATTORNEYS FOR DEFENDANT
ACE AMERICAN INSURANCE COMPANY



**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Certificate of Service in Removed Action has been forwarded to all counsel of record by certified mail, return receipt requested on this _13th_ day of May, 2002.

                   _/s/ Beth M. Taylor_
                   Beth M. Taylor