United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARCUS FORTHUBER AND | § | |
| LISA COFOID | § | |
| | § | |
| | § | **C.A. NO. B-02-081** |
| | § | |
| ACE AMERICAN INSURANCE | § | **JURY DEMANDED** |
| COMPANY AND KENT COMMONS | § | |

## LIST OF PERSONS WITH FINANCIAL INTEREST

In compliance with this Court's Order of Conference, the following parties have a

financial interest in this litigation:

Plaintiffs:

      Marcus Forthuber
      Lisa Cofoid

Plaintiffs' Attorneys:

      Mr. Reynaldo Ortiz
      Mrs. Gina Karam Millin
      Mr. John A. Millin IV
      Law Office of Reynaldo Ortiz, P.C.
      1109 West Nolana, Suite 204
      McAllen, Texas 78504

Defendants:

      ACE American Insurance Company
      Kent Commons

Defendant ACE American Insurance Company's Attorneys:

      Beth M. Taylor
      Amber Dunten
      Taylor & Taylor
      815 Walker, Suite 250
      Houston, Texas 77002

Defendant Kent Commons' Attorneys:

      David Wilson
      Hays, McConn, Rice & Pickering, P.C.
      1200 Smith Street, Suite 400
      Houston, Texas 77002

Respectfully submitted,

OF COUNSEL

TAYLOR & TAYLOR

By: *Beth M Taylor*

    Beth McCahill Taylor
    State Bar No. 13336787
    Federal I.D. No. 14601
    Amber Dunten
    State Bar No. 24010004
    815 Walker, Suite 250
    Houston, Texas  77002
    (713) 615-6060  Telephone
    (713) 615-6070  Facsimile

ATTORNEYS-IN-CHARGE FOR DEFENDANT
ACE AMERICAN INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing List of Persons with Financial Interest has been forwarded to all counsel of record by certified mail, return receipt requested on this _____ day of May, 2002.

Beth M. Taylor