8


United States District Court
Southern District of Texas
FILED

MAY 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER and | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-81 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY and KENT COMMONS | § | "JURY" |

**PLAINTIFFS' OPPOSED MOTION TO COMPEL MEDIATION**

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, MARCUS FORTHUBER AND LISA COFOID, PLAINTIFFS in this suit, and ask the Court to grant this, their Motion to Compel Mediation, and for cause would show as follows:

1. Plaintiffs are Marcus Forthuber and Lisa Cofoid. Defendants are Ace American Insurance Company and Kent Commons.

2. Plaintiffs filed a petition in this cause on March 5, 2002 against Defendant Ace American Insurance Company for breach of contract, breach of the duty of good faith and fair dealing, breach of Articles 21.21 and 21.55 of the Texas Insurance Code and breach of the Texas Deceptive Trade Practices-Consumer Protection Act ("DTPA") in connection with a homeowner's insurance policy sold by Defendant and Defendant's refusal to adhere to the terms of the policy. Defendant Ace American Insurance Company filed its original answer on April 4, 2002. Defendant Kent Commons filed its original answer in this case on April 15, 2002. The amount of economic damages claimed by Plaintiffs is more than $15,000.

3. Under Section 17.5051 of the DTPA, Plaintiffs may, not later than the 90th day

after the service of a petition seeking relief under the DTPA, file a motion to compel mediation of the dispute. Under that section, the Court shall, not later than the 30th day after the date the motion is filed, sign an order setting the time and place of the mediation. The parties must then hold a mediation within 30 days after the date the order is signed, unless otherwise agreed. TEX. BUS. & COM. CODE § 17.5051(d).

4. Because Plaintiffs have filed suit under the DTPA, and because all requirements under § 17.5051 have been met, Plaintiffs ask the Court to order that this case be mediated within 30 days of the date the order is signed.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court order the parties in this case to mediate it within 30 days of the date that the order is signed. Plaintiffs further pray for any additional relief to which they are entitled.

Respectfully Submitted,

REYNALDO ORTIZ
State Bar No. 15324275
Federal ID No. 3767
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

OF COUNSEL:

**Law Office of Reynaldo Ortiz, P.C.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail to all counsel of record on the 20th day of May, 2002, as follows:

Beth M. Taylor
Taylor & Taylor
815 Walker Street, Suite 250
Houston, Texas 77002-6707

David Wilson
Hays, McConn, Rice & Pickering, P.C.
1200 Smith Street, Suite 400
Houston, Texas 77002

REYNALDO ORTIZ

**CERTIFICATE OF CONFERENCE**

I certify that on May 20, 2002, I conferred with all counsel in this case, and they are opposed to this Motion to Compel Mediation.

REYNALDO ORTIZ