9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCUS FORTHUBER AND | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-081 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY AND KENT COMMONS | § | |

### ORDER

Plaintiffs' Opposed Motion to Compel Mediation (Docket No. 8) has been filed with the Court and is set for hearing on the 29th day May, 2002, at 10:00 A.M.

DONE at Brownsville, Texas, this 23rd day of May, 2002.

John Wm. Black
United States Magistrate Judge