10

THE HONORABLE JOHN WM. BLACK

HEARING ON OPPOSED MOTION TO COMPEL MEDIATION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-081 | DATE & TIME: 05-29-02 AT 10:00 A.M. |
| MARCUS FORTHUBER AND LISA COFOID | PLAINTIFF(S) REYNALDO ORTIZ<br>COUNSEL GINA MILLIN |
| VS. | |
| ACE AMERICAN INSURANCE CO., KENT COMMONS | DEFENDANT(S) BETH TAYLOR<br>COUNSEL DAVID WILSON, II |

---

Parties will file and agreed order to mediate this case.

Hearing is passed.