IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER AND | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-081 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY AND KENT COMMONS | § | |

## ORDER

On May 29, 2002, the parties advised the Court that an agreed order for mediation would be submitted. This has not been done. The parties are **ORDERED** to appear in person before the Court on June 19, 2002 at 2:00 p.m., to explain why this agreed order has not been submitted.

DONE at Brownsville, Texas, this 12th day of June, 2002.

John Wm. Black
United States Magistrate Judge