UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 17 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARCUS FORTHUBER AND | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-081 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY AND KENT COMMONS | § | |

## DAVID V. WILSON, II'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE FOR DEFENDANT KENT COMMONS

TO THE HONORABLE JUDGE OF SAID COURT:

### A. Introduction

1.  Plaintiffs are Marcus Forthuber and Lisa Cofoid; defendants are ACE American Insurance Company and Kent Commons.

2.  Plaintiffs sued defendant Kent Commons for negligence and private nuisance.

### B. Facts

3.  Russell Manning and Sandra L. Newbury will be substituted as the Attorneys in Charge for defendant, Kent Commons. Their address is as follows:

> HORNBLOWER, MANNING & WARD
> Professional Corporation
> P.O. Box 2728
> 711 N. Carancahua, Suite 1810  (78475)
> Corpus Christi, TX 78403-2728
> Telephone:    (361) 888-8041
> FAX:          (361) 888-8222

4.  Plaintiffs approve the substitution. The withdrawal and substitution of Attorneys in Charge will not delay these proceedings.

## C. Conclusion

WHEREFORE, Kent Commons and David V. Wilson, II ask this Court to grant their Motion to Withdraw and substitute Russell Manning and Sandra L. Newbury as Attorneys in Charge for defendant, Kent Commons.

Respectfully submitted,

*David V. Wilson, II*

David V. Wilson, II
State Bar No. 0786402
Federal I.D. No. 24174
400 Two Allen Center
1200 Smith Street
Houston, TX 77002
(713) 752-8360
FAX: (713) 655-9212

OF COUNSEL:
HAYS, McCONN, RICE
& PICKERING, P.C.

*Russell Manning*

Russell Manning
State Bar No. 12948720
Federal I.D. No. 8594
Attorney-in-Charge for Defendant,
Kent Commons
P. O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX: (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation
Sandra L. Newbury
State Bar No. 14946900
Federal I.D. No. 22227

## CERTIFICATE OF CONSULTATION

On May 28, 2002, counsel for Defendant discussed the above Motion to Withdraw with Plaintiffs' Attorney, Mr. Reynaldo Ortiz, and he was not opposed.

_____
Sandra L. Newbury

## CERTIFICATE OF SERVICE

I certify that on June 12th, 2002, a complete and correct copy of **David V. Wilson, II's Motion to Withdraw as Attorney in Charge for Defendant Kent Commons** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR # 7002 0510 0002 7313 5002**
Mr. Reynaldo Ortiz
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, TX 78504

**VIA CM/RRR # 7002 0510 0002 7313 4999**
Ms. Beth M. Taylor
Taylor & Taylor
815 Walker, Suite 250
Houston, TX 77002-6707

**VIA FIRST CLASS U.S. MAIL**
Mr. David V. Wilson, II
Hays, McConn, Rice & Pickering, P.C.
1200 Smith Street, Suite 400
Houston, TX 77002

_____
Sandra L. Newbury

David V. Wilson, II's Motion to Withdraw as Attorney
in Charge for Defendant Kent Commons - Page 3
H:\office\wpwin\wpdocs\TRIAL\Affiliated\Commons\Pldgs\Withdraw-M&O.wpd

File No. SLN 5015