/3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCUS FORTHUBER AND | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-081 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY AND KENT COMMONS | § | |

### ORDER ON MOTION TO WITHDRAW

After considering David V. Wilson, II's Motion to Withdraw as Attorney in Charge for (DOCKET NO. 12) defendant, Kent Commons, the Court **GRANTS** said Motion and **ORDERS** that Russell Manning and Sandra L. Newbury be substituted as Attorneys in Charge for defendant, Kent Commons.

SIGNED on __18 JUNE__, 2002.

UNITED STATES MAGISTRATE JUDGE

-1-