# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

| | | |
|---|---|---|
| MARCUS FORTHUBER AND<br>LISA COFOID<br><br>VS.<br><br>ACE AMERICAN INSURANCE COMPANY<br>AND KENT COMMONS | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-081 |

TYPE OF CASE:    __X__ CIVIL                   ____ CRIMINAL

TAKE NOTICE that the proceeding in this case set for the place date, and time shown below has been **PASSED:**

TYPE OF PROCEEDING:

HEARING TO EXPLAIN WHY AGREED ORDER OF MEDICATION HAD NOT BEEN FILED.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JUNE 19, 2002 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 18, 2002

TO:   MR. REYNALDO ORTIZ
      MS. GINA MILLIN
      MS. BETH TAYLOR
      MR. DAVID WILSON