United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER AND<br>LISA COFOID | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>C.A. NO. B-02-081<br><br>JURY DEMANDED |
| ACE AMERICAN INSURANCE<br>COMPANY AND KENT COMMONS | | |

## AGREED ORDER REFERRING CASE TO MEDIATION

On May 20, 2002, Plaintiffs, Marcus Forthuber and Lisa Cofoid moved this Court to compel mediation of this matter pursuant to the terms of Texas Deceptive Trade Practices-Consumer Protection Act ("DTPA") sec. 17.5051.

In response to this motion, counsel for all parties conferred and agreed to conduct a mediation of this case pursuant to DTPA sec. 17.5051 on August 13, 2002, with Alfred Denham beginning at 9:00 a.m. This mediation has been scheduled with Mr. Denham's office.

It is therefore ORDERED that this case will be mediated pursuant to DTPA sec. 17.5051 with Alfred Denham beginning at 9:00 a.m. on August 13, 2002.

SIGNED on _18 June_, 2002.

_____
JUDGE PRESIDING

AGREED AND ENTRY REQUESTED:

TAYLOR & TAYLOR

By: /s/ Beth M. Taylor
Beth McCahill Taylor
State Bar No. 13336787
Federal I.D. No. 14601
Allen Russell
State Bar No. 00784889
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile

ATTORNEYS FOR DEFENDANT
ACE AMERICAN INSURANCE COMPANY



HAYS, McCONN, RICE
& PICKERING, P.C.

By /s/ Sandra Newbury
Sandra L. Newbury (SBN 14744900; Fed ID # 22227)
Hornblower, Manning and Ward
P.O. Box 2728
Corpus Christi, Tx 78403-2728
(361) 888-8041 Telephone
(361) 888-8222 Facsimile

ATTORNEYS FOR DEFENDANT
KENT COMMONS

By: _[signature]_
Reynaldo Ortiz
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504
(956) 687-4567 Telephone
(956) 631-1384 Facsimile

ATTORNEY FOR PLAINTIFFS
MARCUS FORTHUBER AND
LISA COFOID