*16*

United States District Court
Southern District of Texas
FILED

**JUN 2 7 2002**

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER AND<br>LISA COFOID | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-02-081 |
| ACE AMERICAN INSURANCE<br>COMPANY AND KENT COMMONS | §<br>§<br>§ | |

## CERTIFICATE OF PARTIES FINANCIALLY
## INTERESTED IN THE OUTCOME OF LITIGATION

Defendant, Kent Commons, files this Certificate listing all persons, associations of persons, firms, partnership corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation as follows:

1. Plaintiff, Marcus Forthuber;

2. Plaintiff, Lisa Cofoid;

3. Reynaldo Ortiz of the Law Office of Reynaldo Ortiz, P.C., Attorney-in-charge for Plaintiffs, Marcus Forthuber and Lisa Cofoid;

4. Gina Karam Millin of the Law Office of Reynaldo Ortiz, P.C., Co-counsel for Plaintiffs, Marcus Forthuber and Lisa Cofoid;

5. Defendant, ACE American Insurance Company;

6. Beth M. Taylor of Taylor & Taylor, Attorney-in-charge for Defendant, ACE American Insurance Company;

7. Defendant, Kent Commons;

1

8. Russell Manning of Hornblower Manning & Ward, Attorney-in-charge for Defendant, Kent Commons; and

9. Sandra L. Newbury of Hornblower, Manning & Ward, Co-counsel for Defendant, Kent Commons.

Respectfully submitted,

*Russell Manning*
Russell Manning
State Bar No. 12948720
Federal I.D. No. 8594
Attorney-in-Charge for Defendant,
Kent Commons
P. O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX: (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation
Sandra L. Newbury
State Bar No. 14946900
Federal I.D. No. 22227

## CERTIFICATE OF SERVICE

I certify that on June 24, 2002, a complete and correct copy of the **Certificate of Parties Financially Interested in the Outcome of Litigation** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR #** 7001 2510 0004 4023 7275

Mr. Reynaldo Ortiz
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, TX 78504

2

**VIA CM/RRR #** 7001 2510 0004 4023 7268

Ms. Beth M. Taylor
Taylor & Taylor
815 Walker, Suite 250
Houston, TX 77002-6707

_____
Russell Manning/Sandra L. Newbury

**Certificate of Parties Financially Interested**
**in the Outcome of Litigation - Page 3**
H:\office\wpwin\wpdocs\TRIAL\Affiliated\Commons\Pldgs\C-IntParties.wpd

**File No. SLN 5015**