# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ADR MEMORANDUM TO CLERK OF COURT

(To be submitted in duplicate if case settles before ADR *or* within 10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

AUG 21 2002

Michael N. Milby
Clerk of Court

**MARCUS FORTHUBER AND LISA COFOID**
               Plaintiff

V.

**ACE AMERICAN INSURANCE COMPANY AND KENT COMMONS**
               Defendants

DIVISION   BROWNSVILLE
CIVIL ACTION NO. B-02-081

ADR METHOD:   Mediation __X__   Arbitration _____
                     Mini-trial _____   Summary Jury Trial _____

TYPE OF CASE:   __Water Damage and Mold Claim__

1. Please check one of the following:
   The case referred to ADR settled __X__ did not settle ___

2. My total fee and expenses were: $ 2,625.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Reynaldo Ortiz., Plaintiff
LAW OFFICE OF REYNALDO ORTIZ
1109 W. Nolana, Ste. 204
McAllen, Texas 78504
(956) 687-4567 - telephone
(956) 631-1384 - telefax

ACE American Insurance, Defendant
Beth M. Taylor
Allen Russell
TAYLOR & TAYLOR
815 Walker Ste. 250
Houston, Texas 77002
(713) 615-6060 - telephone
(713) 615-6070 - telefax

Kent Commons, Defendant
Sandra L. Newbury
HORNBLOWER, MANNING and WARD
P.O. Box 2728
Corpus Christi, Texas 78403
(361) 888-8041 - telephone
(361) 888-8222 - telefax

Date: __08/13/02__

ADR PROVIDER
Name: _____Alfred T. Denham_____

Signature: *[signed]*

SDTX-ADR-5/(Rev 6-15-93)