United States District Court
Southern District of Texas
FILED

SEP 0 3 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS FORTHUBER AND | § | |
| LISA COFOID | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-081 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY AND KENT COMMONS | § | |

### DEFENDANT KENT COMMONS' UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**KENT COMMONS** moves the Court for leave to substitute counsel on behalf of Defendant **KENT COMMONS**, and in support thereof would respectfully show unto the Court as follows:

I.

Russell Manning of the law firm Hornblower, Manning & Ward, Professional Corporation has acted as attorney-in-charge for Defendant **KENT COMMONS** in the above styled and numbered cause. It is the desire of this Defendant that Todd A. Hunter of the law firm Hunter & Handel, Professional Corporation be substituted as attorney-in-charge for this Defendant in this matter and that Russell Manning the law firm of Hornblower, Manning & Ward, Professional Corporation withdraw as counsel of record.

II.

The withdrawal and substitution is not sought for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant, **KENT COMMONS** prays that Todd A. Hunter of Hunter & Handel, Professional Corporation be substituted as attorney-in-charge for Defendant **KENT COMMONS** in this matter for all purposes and Russell Manning of Hornblower, Manning & Ward, Professional Corporation be allowed to withdraw as attorney-in-charge in this matter for general relief.

Respectfully submitted,

By: _____
Todd A. Hunter
Federal I.D. No. 350
State Bar No. 10302300
HUNTER & HANDEL
Professional Corporation
555 North Carancahua
Suite 1600, Tower II
Corpus Christi, Texas 78478-0801
Tel: (361) 884-8777  Fax: (361) 884-1628

**AGREED:**

By: _____
Russell Manning
Federal I.D. No. 8594
State Bar No. 12948720
HORNBLOWER, MANNING & WARD
Professional Corporation
P.O. Box 2728
Corpus Christi, Texas 78403-2728
Tel: (361)888-8041  Fax: (361)888-8222

## CERTIFICATE OF CONFERENCE

I have conferred with counsel for Plaintiffs who confirmed that Plaintiffs are not opposed to this motion.

Sandra L. Newbury

## CERTIFICATE OF SERVICE

I certify that on August 21, 2002, a complete and correct copy of this motion was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA FAX AND FIRST CLASS MAIL**
Mr. Reynaldo Ortiz
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, TX 78504

**VIA FAX AND FIRST CLASS MAIL**
Ms. Beth M. Taylor
Taylor & Taylor
815 Walker, Suite 250
Houston, TX 77002-6707

Sandra Newbury