UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCUS FORTHUBER AND LISA COFOID | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-081 |
| ACE AMERICAN INSURANCE COMPANY AND KENT COMMONS | § § § | |

## ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT KENT COMMONS

On this the 9th day of September, 2002, the Court having considered Defendant **KENT COMMONS'** Motion for Withdrawal and Substitution of Counsel, (DOCKET NO 19) the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Russell Manning of the law firm Hornblower, Manning & Ward, Professional Corporation is granted leave to withdraw as counsel of record for this Defendant and is relieve from all further responsibility for the conduct of Defendant's defense in this cause.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Todd A. Hunter of the law firm of Hunter & Handel, Professional Corporation, 555 N. Carancahua, Suite 1600, Tower II, Corpus Christi, Texas 78478-0801, in now substituted as attorney-in-charge for Defendant KENT COMMONS.

SIGNED this the 9th day of September, 2002.

_____
JUDGE PRESIDING

AGREED:

By: *[signature]*
Russell Manning
Federal I.D. No. 8594
State Bar No. 12948720
HORNBLOWER, MANNING & WARD
Professional Corporation
P.O. Box 2728
Corpus Christi, Texas 78403-2728
Tel: (361)888-8041 Fax: (361)888-8222


AGREED:

By: *[signature]*
Todd A. Hunter
Federal I.D. No. 350
State Bar No. 10302300
HUNTER & HANDEL
Professional Corporation
555 North Carancahua
Suite 1600, Tower II
Corpus Christi, Texas 78478-0801
Tel: (361) 884-8777 Fax: (361) 884-1628