United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCUS FORTHUBER AND LISA COFOID § § § § | |
| | C.A. NO. B-02-081 |
| ACE AMERICAN INSURANCE COMPANY AND KENT COMMONS § § § | JURY DEMANDED |

## AGREED FINAL JUDGMENT

On this **24th** day of **September**, 2002, in the above entitled and numbered cause, Plaintiffs Marcus Forthuber and Lisa Cofoid and Defendants ACE American Insurance Company and Kent Commons appeared by their attorneys and advised the Court that all matters in controversy have been compromised and settled, that under the terms of such compromise settlement agreement, it has been agreed that judgment shall be entered that Plaintiffs take nothing from Defendants, ACE American Insurance Company and Kent Commons, it being further agreed that costs of court be charged against the party incurring same, it is accordingly,

ORDERED, ADJUDGED and DECREED that Plaintiffs take nothing from Defendants, ACE American Insurance Company and Kent Commons. It is further

ORDERED, ADJUDGED and DECREED that Defendants, ACE American Insurance Company and Kent Commons shall be and are hereby DISCHARGED.

It is further ORDERED that all costs of court are adjudged against the party incurring same.

All relief not expressly granted herein is expressly denied.

SIGNED this __24th__ day of __September__, 2002.

_____
JUDGE PRESIDING

APPROVED:

**TAYLOR & TAYLOR**

By: _____
Beth M. Taylor
State Bar No. 13336787
Amber Dunten
State Bar No. 24010004
815 Walker, Suite 250
Houston, Texas 77002
713-615-6060 Telephone
713-615-6070 Facsimile

ATTORNEYS FOR DEFENDANT
ACE AMERICAN
INSURANCE COMPANY

By: _____
Reynaldo Ortiz
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504
(956) 687-4567 Telephone
(956) 631-1384 Facsimile

ATTORNEYS FOR PLAINTIFFS
MARCUS FORTHUBER AND LISA COFOID

By: /s/ Sandra L. Newbury *
Sandra L. Newbury
Hunter & Handel
555 North Carancahua, Suite 1600
Corpus Christi, Texas 78478-0801
(361) 884-8777 Telephone
(361) 884-1628 Facsilime
*by permission

ATTORNEYS FOR DEFENDANT
KENT COMMONS